UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ) | Case No. 10-36020 |
|    CAMORAS, IRWIN A. and ) | |
|    CAMORAS, LILIA V., ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Debtor(s) ) | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on June 30, 2011 in Courtroom 682**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

    If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  May 25, 2011                By:  /s/  Richard M. Fogel
                                                                                      Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: CAMORAS, IRWIN A. § | Case No. 10-36020 |
| CAMORAS, LILIA V. § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 16,000.41 |
| *and approved disbursements of* | $ 1.97 |
| *leaving a balance on hand of* [1] | $ 15,998.44 |
| **Balance on hand:** | $ 15,998.44 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 15,998.44 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2,350.04 | 0.00 | 2,350.04 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,350.04 |
| Remaining balance: | $ 13,648.40 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 13,648.40 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 13,648.40

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 97,535.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 809.13 | 0.00 | 113.22 |
| 2 | Chase Bank USA, N.A. | 5,381.72 | 0.00 | 753.08 |
| 3 | Chase Bank USA, N.A. | 26,778.17 | 0.00 | 3,747.15 |
| 4 | Chase Bank USA, N.A. | 2,642.51 | 0.00 | 369.77 |
| 5 | Capital One Bank (USA), N.A. | 724.85 | 0.00 | 101.43 |
| 6 | U.S. Bank N.A. | 4,558.61 | 0.00 | 637.90 |
| 7 | PYOD LLC, as assignee of Citibank, N.A. | 4,589.83 | 0.00 | 642.27 |
| 8 | PYOD LLC, as assignee of Citibank, N.A. | 13,279.35 | 0.00 | 1,858.22 |
| 9 | PYOD LLC, as assignee of Citibank, N.A. | 481.53 | 0.00 | 67.38 |
| 10 | PYOD LLC, as assignee of Citibank, N.A. | 357.39 | 0.00 | 50.01 |
| 11 | PYOD LLC, as assignee of Citibank, N.A. | 1,125.50 | 0.00 | 157.49 |
| 12 | GE Money Bank | 736.21 | 0.00 | 103.02 |
| 13 | GE Money Bank | 147.84 | 0.00 | 20.69 |
| 14 | FIA Card Services, NA/Bank of America | 18,077.38 | 0.00 | 2,529.62 |
| 15 | FIA Card Services, NA/Bank of America | 17,845.32 | 0.00 | 2,497.15 |

Total to be paid for timely general unsecured claims: $ 13,648.40
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                              Case No. 10-36020-JBS
Irwin A. Camoras                                                    Chapter 7
Lilia V. Camoras
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1         User: arodarte             Page 1 of 2             Date Rcvd: May 26, 2011
                             Form ID: pdf006            Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2011.
db/jdb       +Irwin A. Camoras,    Lilia V. Camoras,    1616 N. 73rd Avenue,    Elmwood Park, IL 60707-4205
aty          +Ariel Weissberg,    Weissberg & Associates, Ltd,    401 S. LaSalle Street,    Suite 403,
               Chicago, IL 60605-2993
tr           +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street   Suite 800,
               Chicago, IL 60654-4766
15984756     +At&T Universal/citi,    Processing Center,   Des Moines, IA 50363-0001
15984759      BP,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5325
15984757     +Bank of America,    Attn: Bankruptcy NC4-104-02-99,    P.O. Box 26012,    Greensboro, NC 27420-6012
15984758     +Boone County Treasurer,    601 N. Main Street,    Belvidere, IL 61008-2600
15984760      Capital One,   PO Box 5294,    Carol Stream, IL 60197-5294
16445080      Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
               Oklahoma City, OK   73124-8839
15984762      Chase,   Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
15984761      Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
16389206      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15984764      Chase Slate Visa,    P.O. Box 15298,    Wilmington, DE 19850-5298
15984765      Citgo,   Processing Center,    Des Moines, IA 50362-0300
15984766      Citi Cards,    P.O. Box 6601370,    Dallas, TX 75266-0370
15984767      Citi Mortgage,    P.O. Box 183040,    Columbus, OH 43218-3040
15984769      Citizens Automobile Finance,    P.O. Box 42002,    Providence, RI 02940-2002
15984770     +Fifth Third Bank,    101 West Stephenson St.,    Freeport, IL 61032-4200
15984771      GMAC,   Attn: Bankruptcy Dept.,    15303 S. 94th Avenue,    Orland Park, IL 60462-3825
15984772      Home Depot Credit Card,    Processing Center,   Des Moines, IA 50364-0500
16238193     +Maryhill Catholic Cemetery,    8600 Milwaukee Ave,    Niles, IL 60714-1946
15984773      Menards,   c/o HSBC Retail Services,    P.O. Box 17602,    Baltimore, MD 21297-1602
16524003     +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
15984775      Sears Mastercard,    PO Box 183082,    Columbus, OH 43218-3082
15984776     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   U.S. Bank,    Attn: Bankruptcy Dept.,    4801 Frederica St.,
               Owensboro, KY 42301-7441)
16497636     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   U.S. Bank N.A.,    Bankruptcy Department,    P.O. Box 5229,
               Cincinnati, OH 45201)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15984763     +Fax: 602-221-4614 May 26 2011 22:34:39      Chase Auto Finance,    900 Stewart Avenue,
               Garden City, NY 11530-4891
16716081      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 26 2011 23:54:57
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK   73124-8809
16688630      E-mail/PDF: gecsedi@recoverycorp.com May 26 2011 23:48:12      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15984774     +E-mail/PDF: gecsedi@recoverycorp.com May 26 2011 23:48:12      Sam’s Club,    P.O. Box 530942,
               Atlanta, GA 30353-0942
                                                                                               TOTAL: 4


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street   Suite 800,
               Chicago, IL 60654-4766
15984768      ##Citimortgage,    P.O. Box 9438,   Gaithersburg, MD 20898-9438
                                                                                      TOTALS: 0, * 1, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: arodarte             Page 2 of 2              Date Rcvd: May 26, 2011
                              Form ID: pdf006            Total Noticed: 30

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 28, 2011**                  **Signature:** _/s/ Joseph Speetjens_