**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CAMORAS, IRWIN A.        § Case No. 10-36020
       CAMORAS, LILIA V.        §
                                §
Debtor(s)                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $601,305.12          Assets Exempt: $368,840.09
*(without deducting any secured claims)*

Total Distribution to Claimants: $13,648.65     Claims Discharged
                                                Without Payment: $83,886.69

Total Expenses of Administration: $2,352.01

---

    3)  Total gross receipts of $ 16,000.66 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $16,000.66 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,352.04 | 2,352.01 | 2,352.01 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 81,292.70 | 97,535.34 | 97,535.34 | 13,648.65 |
| **TOTAL DISBURSEMENTS** | $81,292.70 | $99,887.38 | $99,887.35 | $16,000.66 |

4) This case was originally filed under Chapter 7 on August 12, 2010. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/01/2011          By: /s/RICHARD M. FOGEL
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Savings account- Midwest Bank | 1129-000 | 1,300.00 |
| Checking account- Midwest Bank | 1129-000 | 14,700.00 |
| Interest Income | 1270-000 | 0.66 |
| **TOTAL GROSS RECEIPTS** | | **$16,000.66** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard M. Fogel | 2100-000 | N/A | 2,350.07 | 2,350.04 | 2,350.04 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 1.97 | 1.97 | 1.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,352.04 | 2,352.01 | 2,352.01 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 3,230.01 | 809.13 | 809.13 | 113.24 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 5,781.72 | 5,381.72 | 5,381.72 | 753.09 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 26,778.17 | 26,778.17 | 26,778.17 | 3,747.21 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 2,642.51 | 2,642.51 | 369.78 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | 846.76 | 724.85 | 724.85 | 101.43 |
| 6 | U.S. Bank N.A. | 7100-000 | 4,566.42 | 4,558.61 | 4,558.61 | 637.91 |
| 7 | PYOD LLC, as assignee of Citibank, N.A. | 7100-000 | 4,436.28 | 4,589.83 | 4,589.83 | 642.28 |
| 8 | PYOD LLC, as assignee of Citibank, N.A. | 7100-000 | 2,344.73 | 13,279.35 | 13,279.35 | 1,858.25 |
| 9 | PYOD LLC, as assignee of Citibank, N.A. | 7100-000 | 435.17 | 481.53 | 481.53 | 67.38 |
| 10 | PYOD LLC, as assignee of Citibank, N.A. | 7100-000 | 580.38 | 357.39 | 357.39 | 50.01 |
| 11 | PYOD LLC, as assignee of Citibank, N.A. | 7100-000 | 1,059.03 | 1,125.50 | 1,125.50 | 157.50 |
| 12 | GE Money Bank | 7100-000 | 1,000.00 | 736.21 | 736.21 | 103.02 |
| 13 | GE Money Bank | 7100-000 | N/A | 147.84 | 147.84 | 20.69 |
| 14 | FIA Card Services, NA/Bank of America | 7100-000 | 12,198.22 | 18,077.38 | 18,077.38 | 2,529.67 |
| 15 | FIA Card Services, NA/Bank of America | 7100-000 | 16,734.34 | 17,845.32 | 17,845.32 | 2,497.19 |
| NOTFILED | Boone County Treasurer | 7100-000 | 356.83 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | BP Cardmember Service | 7100-000 | 944.64 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 81,292.70 | 97,535.34 | 97,535.34 | 13,648.65 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-36020  **Trustee:** (330720) RICHARD M. FOGEL
**Case Name:** CAMORAS, IRWIN A.  **Filed (f) or Converted (c):** 08/12/10 (f)
CAMORAS, LILIA V.  **§341(a) Meeting Date:** 10/12/10
**Period Ending:** 08/01/11  **Claims Bar Date:** 01/26/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1616 N. 73rd St., Elmwood Park, IL (See Footnote) | 190,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Vacant Lot, Lake Summerset, IL (See Footnote) | 15,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 4 Staffordshire Dr., Belvedere, IL (See Footnote) | 20,000.00 | 5,000.00 | OA | 0.00 | FA |
| 4 | Cash on hand (See Footnote) | 200.00 | 0.00 | OA | 0.00 | FA |
| 5 | Checking account- BOA | 6,265.03 | 65.03 | DA | 0.00 | FA |
| 6 | Savings account- BOA | 1,500.00 | 900.00 | DA | 0.00 | FA |
| 7 | Savings account- Midwest Bank | 1,554.10 | 1,554.10 | | 1,300.00 | FA |
| 8 | Checking account- Midwest Bank | 15,648.00 | 15,648.00 | | 14,700.00 | FA |
| 9 | Household goods and furnishings (See Footnote) | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 10 | Wearing apparel (See Footnote) | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 11 | Insurance policy- Sun Life (See Footnote) | 6,253.00 | 0.00 | OA | 0.00 | 0.00 |
| 12 | Insurance policy- NY LIfe (See Footnote) | 21,400.00 | 0.00 | OA | 0.00 | FA |
| 13 | Insurance policy- Met Life (See Footnote) | 9,387.62 | 0.00 | OA | 0.00 | FA |
| 14 | Insurance policy- Boston Mutual (See Footnote) | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 15 | Insurance policy- Unum (See Footnote) | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 16 | Retirement account- T. Rowe Price (See Footnote) | 181,044.47 | 0.00 | OA | 0.00 | FA |
| 17 | Retirement account- Fidelity (See Footnote) | 73,105.00 | 0.00 | OA | 0.00 | FA |
| 18 | Retirement account- Midwest bank (See Footnote) | 15,650.00 | 0.00 | OA | 0.00 | FA |
| 19 | Vehicle- Ford Econoline (See Footnote) | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 20 | Vehicle- Trailblazer (See Footnote) | 15,000.00 | 0.00 | OA | 0.00 | FA |
| 21 | Vehicle- Mazda 6 (See Footnote) | 15,000.00 | 0.00 | OA | 0.00 | FA |
| 22 | Boat- '92 Bayliner (See Footnote) | 2,500.00 | 500.00 | OA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.66 | FA |
| 23 | Assets   Totals (Excluding unknown values) | $618,507.22 | $23,667.13 | | $16,000.66 | $0.00 |

RE PROP# 1   Abandoned per o/c 11-30-10
RE PROP# 2   Abandoned per o/c 11-30-10
RE PROP# 3   Abandoned per o/c 11-30-10
RE PROP# 4   Abandoned per o/c 11-30-10

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-36020  
**Case Name:** CAMORAS, IRWIN A.  
              CAMORAS, LILIA V.  
**Period Ending:** 08/01/11

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 08/12/10 (f)  
**§341(a) Meeting Date:** 10/12/10  
**Claims Bar Date:** 01/26/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| RE PROP# 9   Abandoned per o/c 11-30-10 | | | | | |
| RE PROP# 10  Abandoned per o/c 11-30-10 | | | | | |
| RE PROP# 11  Abandoned per o/c 11-30-10 | | | | | |
| RE PROP# 12  Abandoned per o/c 11-30-10 | | | | | |
| RE PROP# 13  Abandoned per o/c 11-30-10 | | | | | |
| RE PROP# 14  Abandoned per o/c 11-30-10 | | | | | |
| RE PROP# 15  Abandoned per o/c 11-30-10 | | | | | |
| RE PROP# 16  Abandoned per o/c 11-30-10 | | | | | |
| RE PROP# 17  Abandoned per o/c 11-30-10 | | | | | |
| RE PROP# 18  Abandoned per o/c 11-30-10 | | | | | |
| RE PROP# 19  Abandoned per o/c 11-30-10 | | | | | |
| RE PROP# 20  Abandoned per o/c 11-30-10 | | | | | |
| RE PROP# 21  Abandoned per o/c 11-30-10 | | | | | |
| RE PROP# 22  Abandoned per o/c 11-30-10 | | | | | |

**Major Activities Affecting Case Closing:**

Collecting installment payments for non-exempt bank accounts ($16,000)

Last date to object to discharge extended to 05/11

**Initial Projected Date Of Final Report (TFR):** September 30, 2011        **Current Projected Date Of Final Report (TFR):** May 25, 2011  (Actual)

Printed: 08/01/2011 07:33 AM    V.12.57

Case 10-36020   Doc 53   Filed 08/17/11   Entered 08/17/11 06:59:08   Desc Main
Document   Page 8 of 10

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-36020  
**Case Name:** CAMORAS, IRWIN A.  
CAMORAS, LILIA V.  
**Taxpayer ID #:** **-***1598  
**Period Ending:** 08/01/11

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******13-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/12/10 | {7} | IRWIN & LILIA CAMORAS | Initial payment toward non-exempt bank account balances | 1129-000 | 1,300.00 | | 1,300.00 |
| 12/03/10 | {8} | LILIA CAMORAS | Second installment payment | 1129-000 | 1,600.00 | | 2,900.00 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,900.02 |
| 01/03/11 | {8} | LILIA CAMORAS | Third installment payment | 1129-000 | 2,500.00 | | 5,400.02 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,400.06 |
| 02/03/11 | {8} | LILIA CAMORAS | Fourth installment payment | 1129-000 | 8,000.00 | | 13,400.06 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 13,400.15 |
| 03/01/11 | {8} | LILIA CARMORAS | Installment payment - Final | 1129-000 | 2,600.00 | | 16,000.15 |
| 03/17/11 | | To Account #9200******1366 | Bond Premium | 9999-000 | | 1.97 | 15,998.18 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 15,998.31 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 15,998.44 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 15,998.57 |
| 06/30/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.12 | | 15,998.69 |
| 06/30/11 | | To Account #9200******1366 | Close account and transfer for final distributions | 9999-000 | | 15,998.69 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 16,000.66 | 16,000.66 | $0.00 |
| Less: Bank Transfers | 0.00 | 16,000.66 | |
| **Subtotal** | **16,000.66** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$16,000.66** | **$0.00** | |

{} Asset reference(s)     Printed: 08/01/2011 07:33 AM    V.12.57

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-36020  
**Case Name:** CAMORAS, IRWIN A.  
CAMORAS, LILIA V.  
**Taxpayer ID #:** **-***1598  
**Period Ending:** 08/01/11  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******13-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/17/11 | | From Account #9200******1365 | Bond Premium | 9999-000 | 1.97 | | 1.97 |
| 03/21/11 | 101 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 1.97 | 0.00 |
| 06/30/11 | | From Account #9200******1365 | Close account and transfer for final distributions | 9999-000 | 15,998.69 | | 15,998.69 |
| 07/01/11 | 102 | Richard M. Fogel | Dividend paid 100.00% on $2,350.04, Trustee Compensation;  Reference: | 2100-000 | | 2,350.04 | 13,648.65 |
| 07/01/11 | 103 | Chase Bank USA, N.A. | 13.99% dividend on Claim # 1, Ref: XXXX XXXX XXXX 0603 | 7100-000 | | 113.24 | 13,535.41 |
| 07/01/11 | 104 | Chase Bank USA, N.A. | 13.99% dividend on Claim # 2, Ref: XXXX XXXX XXXX 2271 | 7100-000 | | 753.09 | 12,782.32 |
| 07/01/11 | 105 | Chase Bank USA, N.A. | 13.99% dividend on Claim # 3, Ref: XXXX XXXX XXXX 7427 | 7100-000 | | 3,747.21 | 9,035.11 |
| 07/01/11 | 106 | Chase Bank USA, N.A. | 13.99% dividend on Claim # 4, Ref: | 7100-000 | | 369.78 | 8,665.33 |
| 07/01/11 | 107 | Capital One Bank (USA), N.A. | 13.99% dividend on Claim # 5, Ref: XXXX-XXXX-XXXX-9382 | 7100-000 | | 101.43 | 8,563.90 |
| 07/01/11 | 108 | U.S. Bank N.A. | 13.99% dividend on Claim # 6, Ref: XXXX XXXX XXXX 3715 | 7100-000 | | 637.91 | 7,925.99 |
| 07/01/11 | 109 | PYOD LLC, as assignee of Citibank, N.A. | 13.99% dividend on Claim # 7, Ref: XXXX XXXX XXXX 9601 | 7100-000 | | 642.28 | 7,283.71 |
| 07/01/11 | 110 | PYOD LLC, as assignee of Citibank, N.A. | 13.99% dividend on Claim # 8, Ref: XXXX XXXX XXXX 1030 | 7100-000 | | 1,858.25 | 5,425.46 |
| 07/01/11 | 111 | PYOD LLC, as assignee of Citibank, N.A. | 13.99% dividend on Claim # 9, Ref: XXXX XXXX XXXX 3312 | 7100-000 | | 67.38 | 5,358.08 |
| 07/01/11 | 112 | PYOD LLC, as assignee of Citibank, N.A. | 13.99% dividend on Claim # 10, Ref: XXXX-XXXX-XXXX-7603 | 7100-000 | | 50.01 | 5,308.07 |
| 07/01/11 | 113 | PYOD LLC, as assignee of Citibank, N.A. | 13.99% dividend on Claim # 11, Ref: XXX XX2 660 | 7100-000 | | 157.50 | 5,150.57 |
| 07/01/11 | 114 | GE Money Bank | 13.99% dividend on Claim # 12, Ref: XXXX XXXX XXXX 9126 | 7100-000 | | 103.02 | 5,047.55 |
| 07/01/11 | 115 | GE Money Bank | 13.99% dividend on Claim # 13, Ref: | 7100-000 | | 20.69 | 5,026.86 |
| 07/01/11 | 116 | FIA Card Services, NA/Bank of America | 13.99% dividend on Claim # 14, Ref: XXXX XXXX XXXX 8163 | 7100-000 | | 2,529.67 | 2,497.19 |
| 07/01/11 | 117 | FIA Card Services, NA/Bank of America | 13.99% dividend on Claim # 15, Ref: XXXX XXXX XXXX 4355 | 7100-000 | | 2,497.19 | 0.00 |

Subtotals :   $16,000.66   $16,000.66

{} Asset reference(s)

Printed: 08/01/2011 07:33 AM   V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-36020
**Case Name:** CAMORAS, IRWIN A.
CAMORAS, LILIA V.
**Taxpayer ID #:** **-***1598
**Period Ending:** 08/01/11

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******13-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 16,000.66 | 16,000.66 | $0.00 |
| | | | Less: Bank Transfers | | 16,000.66 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 16,000.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$16,000.66** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******13-65** | 16,000.66 | 0.00 | 0.00 |
| **Checking # 9200-******13-66** | 0.00 | 16,000.66 | 0.00 |
| | $16,000.66 | $16,000.66 | $0.00 |

{} Asset reference(s)

Printed: 08/01/2011 07:33 AM   V.12.57